UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELISSA CRIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSHFIELD CLINIC HEALTH SYSTEM, INC.,<br><br>Defendant. | Civil Action No. 3:25-cv-00996 |

## JOINT MOTION FOR STAY

Plaintiff, Melissa Crider ("Plaintiff"), and Defendant, Marshfield Clinic Health System, Inc., ("Defendant") (collectively, the "Parties"), hereby jointly request an Order staying all case deadlines for 60 days to allow the Parties sufficient time to explore jurisdictional issues. In support of this request, the Parties state as follows:

1. Plaintiff filed her Class Action Complaint ("CAC") on December 4, 2025, asserting claims on behalf of herself and a putative nationwide class against Defendant arising out of an August 2025 data security incident ("the Incident") that allegedly impacted Plaintiff and putative Class members' personal information (ECF No. 1.);

2. This Action is one of seven (7) putative class actions pending related to the Incident ("the Related Actions");

3. The Related Actions are pending in the United States District Court for the Western District of Wisconsin ("Federal Actions") and the Wisconsin Circuit Court for Wood County ("State Actions");

4. A Motion to Consolidate has been filed seeking consolidation of the State Actions;

5. The Parties have held a conference by phone to discuss the CAC and whether jurisdiction is properly in federal or state court;

6. The Parties are currently conducting good faith negotiations to resolve jurisdictional questions and work towards consolidation;

7. To allow the Parties to focus their efforts on resolving this jurisdictional issue and seek consolidation in the appropriate forum, the Parties request that the Court stay all case deadlines for 60 days, until February 17, 2026, at which time the Parties will provide a status report updating the Court on this issue.

WHEREFORE, the Parties jointly request that the Court enter an order staying all case deadlines for 60 days and ordering the Parties to submit a status report on or before February 17, 2026.

/s/Gerald D. Wells, III
Gerald D. Wells (Bar No. 88277)
LYNCH CARPENTER, LLP
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
F: 267-609-6955
jerry@lcllp.com
rob@lcllp.com

*Attorneys for Plaintiff and Proposed Class*

/s/ Andrew C. Goldner
Andrew C. Goldner (Bar No. 1105150)
HENNESSY & ROACH, P.C.
1110 N. Market St., 3rd Fl.
Milwaukee, WI 53202
T: 414-273-3133
F: 414-273-3131
agoldner@hennessyroach.com

and

Jill H. Fertel*
Jonathan D. Tobin*
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: 610-567-0700
F: 610-567-0712
jfertel@c-wlaw.com
jltobin@c-wlaw.com

*Attorneys for Defendant*

\* Pro Hac Vice forthcoming