## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELISSA CRIDER, individually and on behalf of all others similarly situated, | Civil Action No.: 3:25-cv-00996-amb |
| Plaintiff, | |
| v. | |
| MARSHFIELD CLINIC HEALTH SYSTEM, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Melissa Crider, hereby gives notice that her individual claims in this action against Defendant Marshfield Clinic Health System, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Date: January 22, 2026

Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/Gerald D. Wells, III*
Gerald D. Wells (Bar No. 88277)
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
F: 267-609-6955
jerry@lcllp.com

***Attorneys for Plaintiff and Proposed Class***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: January 22, 2026

<u>*/s/ Gerald D. Wells, III*</u>
Gerald D. Wells (Bar No. 88277)
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
F: 267-609-6955
jerry@lcllp.com